DAN M. WINDER, ESQ.
Nevada State Bar No.: 001569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd
Las Vegas, NV 89102
(702) 474-0523
(702) 474-0631 Fax
Attorney for Defendant
**YULI EATON**

DANIEL G. BOGDAN
United States Attorney
ANDREW DUNCAN
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile:  (702) 388-6418

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00110-RLH-VCF |
| Plaintiff, | |
| vs. | **DEFENDANT, YULI EATON'S UNOPPOSED MOTION TO EXTEND STAY IN CHINA** |
| YULI EATON, | |
| Defendant. | Date:   December 2, 2011<br>Trial Date: February 6, 2012 |

### I.

### INTRODUCTION

On March 22, 2011 the Government filed its indictment against YULI EATON ( "Ms. Eaton") on charges involving mail fraud, conspiracy to commit mail fraud and aiding and abetting (18 U.S.C. §§ 2, 1341 and 1349). On October 11, 2011, the Government filed a superceding indictment against Ms. Eaton on charges involving wire fraud, conspiracy to commit wire fraud and aiding and abetting (18 U.S.C. §§ 2, 1343 and 1349).

## II.

## MS. EATON'S STAY IN CHINA SHOULD BE EXTENDED

On November 8, 2011, the Government and Ms. Eaton stipulated and the court ordered that Ms. Eaton would be permitted to regain temporary possession of her passport and to travel to China. The purpose of her trip was to visit her ailing mother. Ms. Eaton agreed to return to the United States and to immediately return her passport to pre-trial services on December 4, 2011.

On November 28, 2011, Ms. Eaton sent word to her counsel via email advising counsel that her mother was in failing heath and her illness was dire. Ms. Eaton advised that it is very likely that this would be the last time she would see her mother alive.

Ms. Eaton is requesting that this court permit her to remain in China until shortly after the first of the year. The Government, through AUSA Andrew Duncan, does not oppose this motion.

## III.

## CONCLUSION

For the foregoing reasons, Ms. Eaton respectfully requests that this court grant her motion, in whole and in part, and permit her to remain in China for several additional weeks until shortly after the first of the year in accord with the [Proposed] Order filed concurrently herewith.

DATED: December 2, 2011.

        LAW OFFICE OF DAN M. WINDER, P.C.

        By:   /s/ Dan M. Winder
               DAN M. WINDER, ESQ.
               Nevada State Bar No.: 001569
               LAW OFFICE OF DAN M. WINDER, P.C.
               3507 W. Charleston Blvd
               Las Vegas, NV 89102
               (702) 474-0523
               (702) 474-0631 Fax
               Attorney for Defendant
               **YULI EATON**

DAN M. WINDER, ESQ.
Nevada State Bar No.: 001569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd
Las Vegas, NV 89102
(702) 474-0523
(702) 474-0631 Fax
Attorney for Defendant
**YULI EATON**

DANIEL G. BOGDAN
United States Attorney
ANDREW DUNCAN
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile:  (702) 388-6418

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YULI EATON,<br><br>　　　　Defendant. | Case No. 2:11-cr-00110-RLH-VCF<br><br>[PROPOSED] ORDER RE:<br>DEFENDANT, YULI EATON'S<br>UNOPPOSED MOTION<br>TO EXTEND STAY IN CHINA<br><br>Date:   December 2, 2011<br>Trial Date: February 6, 2012 |

### ORDER

The Motion to Extend Defendant YULI EATON's Stay in China was taken under submission by this court. Having considered the terms of the proposed order, the memorandum of points and authorities and the record herein, it is hereby:

**ORDERED** that Motion to Extend Defendant YULI EATON's Stay in China is GRANTED.

SIGNED this  5th  day of December, 2011.

　　　　　　　　　　　　　　　　　　　　_George Foley Jr._
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge