FILED
JUL 19 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YULI EATON, ) <br> ) <br> Defendant. ) | 2:11-CR-110-RLH (VCF) |

### ORDER OF FORFEITURE

This Court found on March 7, 2012, that YULI EATON shall pay a criminal forfeiture money judgment of $1,011,400.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, executed per Minutes of Change of Plea Proceedings, ECF No. 182.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from YULI EATON a criminal forfeiture money judgment in the amount of $1,011,400.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 19 day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE